■ STATE OF NEW YORK, by ROBERT ABRAMS, as Attorney-General of the State of New York, Respondent, v JOHN J. LODATO et al., Respondents, and SECURITY PACIFIC HOUSING SERVICES, INC., Appellant. [623 NYS2d 142] —Appeal by Security Pacific Housing Services, Inc., from a judgment of the Supreme Court, Dutchess County (Beisner, J.), dated June 9, 1993.

Ordered that the judgment is affirmed, with costs, for reasons stated by Justice Beisner at the Supreme Court. Lawrence, J. P., Ritter, Friedmann and Krausman, JJ., concur. *[See,* 156 Misc 2d 440.]

■ ANGELA THOMAS, Appellant, v PREMIER FORD, INC., et al., Defendants, and IVANHOE THOMPSON, Respondent. [623 NYS2d 129] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Krausman, J.), dated August 16, 1993, which granted the motion of the defendant Ivanhoe Thompson to vacate the default judgment entered against him and directed him to pay attorney's fees in the sum of $250.

Ordered that the order is reversed, on the law, with costs, and the motion is denied.

The respondent failed to demonstrate that he did not personally receive notice of this action in time to defend *(see,* CPLR 317) or that his default was excusable *(see,* CPLR 5015 [a] [1]). Consequently, his default should not have been vacated. Mangano, P. J., Bracken, Altman and Goldstein, JJ., concur.

■ TOWN OF WALLKILL, Appellant, v HOME INSURANCE COMPANY et al., Respondents. [623 NYS2d 141] —Appeal by the plaintiff from an order of the Supreme Court, Orange County (Barone, J.), dated August 26, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Barone at the Supreme Court. Balletta, J. P., Thompson, Santucci, Altman and Hart, JJ., concur.